ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Oct 16, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STANISLAV YELIZAROV, <br><br> Defendant. | CASE NO. 1:25-cr-00166-KES-BAM <br><br> 18 U.S.C. § 115(a)(1)(A) – Threatening Family Member of Federal Official to Intimidate or Retaliate |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 115(a)(1)(A) – Threatening Family Member of Federal Official to Intimidate or Retaliate]

The Grand Jury charges: T H A T

STANISLAV YELIZAROV,

defendant herein, on or about March 23, 2025, in the County of Merced, State and Eastern District of California, did threaten to murder the immediate family of P.B., a federal law enforcement officer, with the intent to impede, intimidate, and interfere with such law enforcement officer while he was engaged in the performance of his official duties, and with the intent to retaliate against such law enforcement officer on account of the performance of his official duties, as follows:

   (1) At the time of the threats, the victim was an Assistant United States Attorney in the District of Maryland, and in that capacity was an officer, agent, or employee of the United States

authorized by law to engage in the prosecution of any violation of Federal criminal law;

(2) As part of the performance of his official duties, the victim had previously prosecuted a case resulting in the defendant's conviction and was currently prosecuting the defendant for violations of Federal criminal law in the District of Maryland and the United States Court of Appeals for the Fourth Circuit;

(3) At the time of the threats, the defendant was serving a sentence at the United States Penitentiary, Atwater in the case P.B. prosecuted that resulted in the defendant's conviction.

(4) The defendant had previously sent threatening letters to the victim, upset about his conviction and continued prosecution.

(5) On March 23, 2025, the defendant, while on a recorded prison telephone line that the defendant believed to be monitored by the victim, threatened to murder the victim's "whole family."

All in violation of Title 18, United States Code, Section 115(a)(1)(A).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

/s/ Eric Grant
_____
ERIC GRANT
United States Attorney

INDICTMENT                              2